UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LELA BAZERASHVILI,

Plaintiff(s),

v.

THOMAS A. CIOPPA, et al.,

Defendant(s).

23-CV-9484 (DEH)

**ORDER**

---

DALE E. HO, United States District Judge:

On October 27, 2023, Plaintiff filed a Complaint in the Nature of Mandamus, seeking an order requiring Defendants' to adjudicate Plaintiff's petition for status adjustment for herself and her sons.  On November 27, 2023, Defendants appeared.

It is hereby **ORDERED** that by **December 22, 2023**, Plaintiff shall file a memorandum of law in support of her request for a writ of mandamus. The memorandum shall not exceed fifteen pages. The Government shall, by **January 26, 2024**, file a memorandum of law in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **February 9, 2024**, file any reply memorandum that shall not exceed eight pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

SO ORDERED.

Dated: November 29, 2023
New York, New York

DALE E. HO
United States District Judge